FILE COPY

No. 07-15-00108-CR

| | | |
|---|---|---|
| Kathryn Pendleton<br>  Appellant | § | From the 320th District Court<br>  of Potter County |
| | § | |
| v. | | October 23, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Hancock |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated October 23, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o